# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Richard Samuel Wilcock and Rebecca M. Wilcock**,** | Bankruptcy No. 17-04531 |
| | Honorable Pamela S. Hollis |
| **Debtor**. | |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #44)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on March 13, 2018.

Dated: March 13, 2018                **Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of Richard Samuel Wilcock and Rebecca M. Wilcock**,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
   ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

**Mailing Information for Case** 17-04531

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Marilyn Barton**    bartonlaw@mchsi.com
- **Rebecca A Lamm**    rlamm@fgmlaw.com, r44925@notify.bestcase.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Dana N O'Brien**    dana.obrien@mccalla.com, NDistrict@mccalla.com;veronica.frausto@mccalla.com

**Manual Service List**

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 |
| First National Bank Of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, Ne 68197 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 |
| Dell Financial Services, Llc<br>Resurgent Capital Services<br>Po Box 10390<br>Greenville, Sc 29603-0390 | Merrick Bank<br>Resurgent Capital Services<br>Po Box 10368<br>Greenville, Sc 29603-0368 |
| Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | American Express<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 |
| Verizon<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 |
| Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>Pob 41067<br>Norfolk, Va 23541 | Richard Samuel Wilcock<br>**REBECCA M. WILCOCK**<br>**610 E. ILLINOIS AVE.**<br>**MORRIS, IL  60450** |