UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                  §
                                        §
Richard Samuel Wilcock                  §    Case No. 17-04531
Rebecca M. Wilcock                      §
                                        §
                                        §
         Debtors                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 61,000.00                 Assets Exempt: 25,930.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  12,366.38    Claims Discharged
                                                Without Payment:  93,676.98

Total Expenses of Administration:  2,361.64

---

   3) Total gross receipts of $ 20,628.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,900.00 (see **Exhibit 2**), yielded net receipts of $ 14,728.02 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 93,180.00 | $ 54,935.68 | $ 54,935.68 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,361.64 | 2,361.64 | 2,361.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,850.00 | 5,261.35 | 5,261.35 | 5,261.35 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 56,980.00 | 45,282.01 | 45,282.01 | 7,105.03 |
| **TOTAL DISBURSEMENTS** | $ 152,010.00 | $ 107,840.68 | $ 107,840.68 | $ 14,728.02 |

   4)  This case was originally filed under chapter 7 on 02/16/2017. The case was pending for 18 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  08/01/2018            By:/s/Zane L. Zielinski, Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest overcharges by Harvard Savings on Debtor's mortgage | 1229-000 | 20,628.02 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,628.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Richard Samuel Wilcock and Rebecca M. Wilcock | Exemptions | 8100-002 | 5,900.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 5,900.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Financial, P. O. Box 9001082 Louisville, KY 40290 | | 22,700.00 | NA | NA | 0.00 |
| | One Main Financial, 3078 Caton Farm Rd. Joliet, IL 60435 | | 16,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | State Bank | 4110-000 | 53,980.00 | 54,935.68 | 54,935.68 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 93,180.00 | $ 54,935.68 | $ 54,935.68 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 2,222.80 | 2,222.80 | 2,222.80 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 52.89 | 52.89 | 52.89 |
| Associated Bank | 2600-000 | NA | 85.95 | 85.95 | 85.95 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,361.64 | $ 2,361.64 | $ 2,361.64 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| 2 | Internal Revenue Service | 5800-000 | 1,850.00 | 5,261.35 | 5,261.35 | 5,261.35 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,850.00 | $ 5,261.35 | $ 5,261.35 | $ 5,261.35 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, P. O. Box 851001 Dallas, TX 75285 | | 4,500.00 | NA | NA | 0.00 |
| | Care Credit, Synchrony Bank P. O. Box 960061 Orlando, FL 32896 | | 3,200.00 | NA | NA | 0.00 |
| | Chase Cardmember Services, P. O. Box 94014 Palatine, IL 60094 | | 4,900.00 | NA | NA | 0.00 |
| | Chase Cardmember Services, P. O. Box 94014 Palatine, IL 60094 | | 2,850.00 | NA | NA | 0.00 |
| | Home Depot, P. O. Box 78011 Phoenix, AZ 85062 | | 850.00 | NA | NA | 0.00 |
| 12 | American Express Bank, Fsb | 7100-000 | 1,900.00 | 1,985.67 | 1,985.67 | 311.56 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | American Express Centurion Bank | 7100-000 | NA | 68.34 | 68.34 | 10.72 |
| 8 | American Express Centurion Bank | 7100-000 | 770.00 | 746.43 | 746.43 | 117.12 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | 760.00 | 747.43 | 747.43 | 117.28 |
| 5 | Dell Financial Services, Llc | 7100-000 | 2,000.00 | 1,949.72 | 1,949.72 | 305.92 |
| 1 | Discover Bank | 7100-000 | 9,200.00 | 9,195.25 | 9,195.25 | 1,442.79 |
| 3 | First National Bank Of Omaha | 7100-000 | 7,400.00 | 7,521.32 | 7,521.32 | 1,180.14 |
| 2A | Internal Revenue Service | 7100-000 | NA | 145.94 | 145.94 | 22.90 |
| 6 | Merrick Bank | 7100-000 | 1,300.00 | 1,204.22 | 1,204.22 | 188.95 |
| 18 | Portfolio Recovery Associates, Llc | 7100-000 | 3,700.00 | 3,660.28 | 3,660.28 | 574.32 |
| 19 | Portfolio Recovery Associates, Llc | 7100-000 | 3,200.00 | 3,215.08 | 3,215.08 | 504.47 |
| 20 | Portfolio Recovery Associates, Llc | 7100-000 | 1,350.00 | 1,946.28 | 1,946.28 | 305.39 |
| 10 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,200.00 | 1,500.05 | 1,500.05 | 235.37 |
| 14 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,200.00 | 1,213.91 | 1,213.91 | 190.47 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 3,400.00 | 3,486.53 | 3,486.53 | 547.06 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 800.00 | 888.77 | 888.77 | 139.45 |
| 15 | Synchrony Bank | 7100-000 | NA | 3,188.81 | 3,188.81 | 500.34 |
| 16 | Synchrony Bank | 7100-000 | 2,500.00 | 2,487.20 | 2,487.20 | 390.26 |
| 11 | Verizon | 7100-000 | NA | 130.78 | 130.78 | 20.52 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 56,980.00 | $ 45,282.01 | $ 45,282.01 | $ 7,105.03 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-04531 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Richard Samuel Wilcock | | | | Date Filed (f) or Converted (c): | 02/16/2017 (f) |
| | Rebecca M. Wilcock | | | | 341(a) Meeting Date: | 03/15/2017 |
| For Period Ending: | 08/01/2018 | | | | Claims Bar Date: | 07/21/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 610 E. Illinois Ave. Morris Il 60450-0000 Grundy | 70,000.00 | 0.00 | | 0.00 | FA |
| 2. 2008 Nissan Versa Mileage: 100,000 | 6,000.00 | 0.00 | | 0.00 | FA |
| 3. Television, Microwave, Stove, Washer, Dryer, Couch, Recliner | 150.00 | 0.00 | | 0.00 | FA |
| 4. Computer, Printer | 50.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary Wearing Apparel | 75.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 7. Harvard Savings Bank; Chase Bank | 1,300.00 | 0.00 | | 0.00 | FA |
| 8. Wal Mart Stocks | 425.00 | 0.00 | | 0.00 | FA |
| 9. Morris Building And Loan, Now Harvard Savings Bank (PENSION) | 0.00 | 0.00 | | 0.00 | FA |
| 10. New York Insurance And Annuity Corporation | 2,930.00 | 0.00 | | 0.00 | FA |
| 11. Interest overcharges by Harvard Savings on Debtor's mortgage (u) | 20,877.88 | 20,877.88 | | 20,628.02 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $101,907.88 | $20,877.88 | | $20,628.02 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is resolving claims, and then will file a final report.

Initial Projected Date of Final Report (TFR): 01/31/2018       Current Projected Date of Final Report (TFR): 01/31/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-04531 | | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Richard Samuel Wilcock | | Bank Name: | Associated Bank |
| | Rebecca M. Wilcock | | Account Number/CD#: | XXXXXX1692 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1290 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/01/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/17 | 11 | Franks Gerkin & McKenna, P.C.<br>PO Box 5<br>Marengo, IL 60152 | Interest Refund | 1229-000 | $20,628.02 | | $20,628.02 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.73 | $20,603.29 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.63 | $20,572.66 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.59 | $20,542.07 |
| 10/10/17 | 5001 | Richard Samuel Wilcock and Rebecca M. Wilcock | Exemption Payment | 8100-002 | | $5,900.00 | $14,642.07 |
| 04/09/18 | 5002 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $2,275.69 | $12,366.38 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($2,222.80) | 2100-000 | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($52.89) | 2200-000 | | |
| 04/09/18 | 5003 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Distribution | | | $5,284.25 | $7,082.13 |
| | | Internal Revenue Service | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($5,261.35) | 5800-000 | | |
| | | Internal Revenue Service | Final distribution to claim 2 representing a payment of 15.69 % per court order. | ($22.90) | 7100-000 | | |
| 04/09/18 | 5004 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 15.69 % per court order. | 7100-000 | | $1,442.79 | $5,639.34 |

Page Subtotals: $20,628.02   $14,988.68

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-04531 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Richard Samuel Wilcock | Bank Name: | Associated Bank |
| | Rebecca M. Wilcock | Account Number/CD#: | XXXXXX1692 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1290 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/18 | 5005 | First National Bank Of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, Ne 68197 | Final distribution to claim 3 representing a payment of 15.69 % per court order. | 7100-000 | | $1,180.14 | $4,459.20 |
| 04/09/18 | 5006 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 15.69 % per court order. | 7100-000 | | $117.28 | $4,341.92 |
| 04/09/18 | 5007 | Dell Financial Services, Llc<br>Resurgent Capital Services<br>Po Box 10390<br>Greenville, Sc 29603-0390 | Final distribution to claim 5 representing a payment of 15.69 % per court order. | 7100-000 | | $305.92 | $4,036.00 |
| 04/09/18 | 5008 | Merrick Bank<br>Resurgent Capital Services<br>Po Box 10368<br>Greenville, Sc 29603-0368 | Final distribution to claim 6 representing a payment of 15.69 % per court order. | 7100-000 | | $188.95 | $3,847.05 |
| 04/09/18 | 5009 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $1,112.35 | $2,734.70 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 7 representing a payment of 15.69 % per court order. ($547.06) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 9 representing a payment of 15.69 % per court order. ($139.45) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 10 representing a payment of 15.69 % per court order. ($235.37) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 14 representing a payment of 15.69 % per court order. ($190.47) | 7100-000 | | | |
| 04/09/18 | 5010 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Distribution | | | $127.84 | $2,606.86 |

| | | | Page Subtotals: | | $0.00 | $3,032.48 | |

UST Form 101-7-TDR (10/1/2010)   (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-04531 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Richard Samuel Wilcock | Bank Name: Associated Bank |
| Rebecca M. Wilcock | Account Number/CD#: XXXXXX1692 |
| | Checking |
| Taxpayer ID No: XX-XXX1290 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | American Express Centurion Bank | Final distribution to claim 8 representing a payment of 15.69 % per court order. | ($117.12) 7100-000 | | | |
| | | American Express Centurion Bank | Final distribution to claim 13 representing a payment of 15.69 % per court order. | ($10.72) 7100-000 | | | |
| 04/09/18 | 5011 | Verizon<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 11 representing a payment of 15.69 % per court order. | 7100-000 | | $20.52 | $2,586.34 |
| 04/09/18 | 5012 | American Express Bank, Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 12 representing a payment of 15.69 % per court order. | 7100-000 | | $311.56 | $2,274.78 |
| 04/09/18 | 5013 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Distribution | | | $890.60 | $1,384.18 |
| | | Synchrony Bank | Final distribution to claim 15 representing a payment of 15.69 % per court order. | ($500.34) 7100-000 | | | |
| | | Synchrony Bank | Final distribution to claim 16 representing a payment of 15.69 % per court order. | ($390.26) 7100-000 | | | |
| 04/09/18 | 5014 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(Walmart Credit Card)<br>Pob 41067<br>Norfolk, Va 23541 | Distribution | | | $1,078.79 | $305.39 |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 18 representing a payment of 15.69 % per court order. | ($574.32) 7100-000 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 19 representing a payment of 15.69 % per court order. | ($504.47) 7100-000 | | | |

Page Subtotals:    $0.00    $2,301.47

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-04531
Case Name: Richard Samuel Wilcock
Rebecca M. Wilcock

Taxpayer ID No: XX-XXX1290
For Period Ending: 08/01/2018

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1692
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/18 | 5015 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Citgo) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 20 representing a payment of 15.69 % per court order. | 7100-000 | | $305.39 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $20,628.02 | $20,628.02 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,628.02 | $20,628.02 |
| Less: Payments to Debtors | $0.00 | $5,900.00 |
| Net | $20,628.02 | $14,728.02 |

Page Subtotals: $0.00    $305.39

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1692 - Checking | $20,628.02 | $14,728.02 | $0.00 |
|  | $20,628.02 | $14,728.02 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,628.02 |
| Total Gross Receipts: | $20,628.02 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*